**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-6161**

—————

JESSE J. TURNER,

                                        Petitioner - Appellant,

        versus

WARDEN,

                                        Respondent - Appellee.

—————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-98-680-7)

—————

Submitted: March 25, 1999          Decided: March 31, 1999

—————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Jesse J. Turner, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jesse Turner appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Turner v. Warden, No. CA-98-680-7 (W.D. Va. Jan. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2